**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

DARLA CHASE, Individually and as )
Administrator of THE ESTATE OF )
ROLAND T. JOHNSON, SR., and )
LAVERNE WRIGHT, )
                               )
      Plaintiffs, )      C.A. No. N24C-05-216 CLS
                               )
      v. )
                               )
BELL FUNERAL HOME, L.L.C., )
COLEMAN'S FUNERAL SERVICES, )
HAVEN MEMORIAL PARK )
CEMETERY AND CREMATORY, )
INC., AND KIA CAREY, )
                               )
      Defendants. )

## <u>ORDER</u>

Upon consideration of Plaintiffs' Motion for Reargument ("the Motion") and the responses hereto,[1]

IT IS HEREBY ORDERED that the Motion is **DENIED**. Plaintiffs do not identify any controlling precedent or legal principle that this Court overlooked, nor do they demonstrate the Court misapprehended the law or facts in a way that would affect the outcome of its decision.[2]

---

[1] *See* D.I. 49, 50, 51, 52.

[2] *Cummings v. Jimmy's Grille, Inc.*, 2000 WL 1211167, at *2 (Del. Super. Aug. 9, 2000).

Kia Carey in her personal capacity remains dismissed in this action. If circumstances arise that justify returning her as a defendant, the Court is receptive to that motion.

**IT IS SO ORDERED.**

_/s/ Calvin Scott_
Judge Calvin L. Scott, Jr.